No. 1418. NEW YORK CENTRAL RAILROAD CO. ET AL. *v.* NORTON, SUCCESSOR TRUSTEE; and

No. 1419. NEW YORK CENTRAL RAILROAD CO. ET AL. *v.* NEW YORK LIFE INSURANCE CO. ET AL. June 9, 1947. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Jacob Aronson, John A. Hartpence* and *Samuel H. Hellenbrand* for the

New York Central Railroad Co. et al., and *Ralph E. Cooper* for the Erie Railroad Co., petitioners. *John M. Harlan, Lyman M. Tondel, Jr.* and *Ralph E. Lum* for Norton, respondent in No. 1418. Reported below: No. 1418, 160 F. 2d 29; No. 1419, 160 F. 2d 34.